WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
(212) 294-6700
James S. Richter

*Attorneys for Defendant Lyft, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| KEARA NIEVES, on behalf of herself and all others similarly situated, | Honorable Freda L. Wolfson, U.S.D.J |
|  | Civil Action No. 17-CV-06146 (FLW) (DEA) |
| Plaintiff, |  |
| v. | **DEFENDANT LYFT, INC.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT** |
| LYFT, INC., a corporation, |  |
| Defendant. | **Oral Argument Requested** |
|  | **Return Date: November 6, 2017** |

**PLEASE TAKE NOTICE** that on November 6, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Lyft, Inc. ("Lyft") shall move through its attorneys Winston & Strawn LLP, before the Honorable Freda L. Wolfson, U.S.D.J. of the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an order dismissing the Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Lyft shall rely upon the accompanying brief submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Lyft respectfully requests oral argument.

Dated: October 6, 2017               WINSTON & STRAWN LLP
                                     *Attorneys for Defendant Lyft, Inc.*

                                     By: */s/ James S. Richter*
                                           James S. Richter
                                           jrichter@winston.com

## CERTIFICATION OF SERVICE

I hereby certify that on October 6, 2017, a copy of Defendant's Notice of Motion to Dismiss the Complaint with supporting documents was electronically filed and served by ECF upon all counsel of record in this matter.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: October 6, 2017            */s/ James S. Richter*
                                  James S. Richter
                                  jrichter@winston.com